UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-3792**

United States v. Bell

**ORDER**

At the direction of the Court, the opinion issued on January 7, 2020 will be revised to remove an internal citation from page 24. No substantive change has been made to the opinion.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: January 9, 2020

kr/cc:  Bernadette A. McKeon, Esq.
        George H. Newman, Esq.
        Robert A. Zauzmer, Esq.
        Yvonne O. Osirim, Esq.